# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 08-3914

_____

Alpha Bai Kamara,      *
            *
    Petitioner,     *
            * Petition for Review of
   v.        * an Order of the Board
            * of Immigration Appeals.
Eric H. Holder, Jr.,[1] Attorney General *
of the United States,    * [UNPUBLISHED]
            *
    Respondent.    *

_____

Submitted: December 18, 2009
Filed: December 23, 2009

_____

Before WOLLMAN, RILEY, and SMITH, Circuit Judges.

_____

PER CURIAM.

Alpha Bai Kamara, a citizen of Sierra Leone, petitions for review of an order of the Board of Immigration Appeals (BIA), which affirmed an immigration judge's denial of asylum, withholding of removal, and relief under the Convention Against Torture (CAT). Having carefully reviewed the record, we conclude substantial evidence supports the BIA's denial of asylum and withholding of removal. See

_____

[1]Eric H. Holder, Jr., has been appointed to serve as Attorney General of the United States, and is substituted as respondent pursuant to Federal Rule of Appellate Procedure 43(c).

Gitimu v. Holder, 581 F.3d 769, 772-74 (8th Cir. 2009); Uli v. Mukasey, 533 F.3d 950, 957 (8th Cir. 2008); Fofanah v. Gonzales, 447 F.3d 1037, 1040 (8th Cir. 2006). We do not reach the merits of the denial of CAT relief because Kamara failed to address the denial in his appeal to the BIA. See Mambwe v. Holder, 572 F.3d 540, 550 (8th Cir. 2009); Abebe v. Mukasey, 554 F.3d 1203, 1207-08 (9th Cir. 2009) (en banc) (per curiam), petition for cert. filed, 78 U.S.L.W. 3322 (U.S. Nov. 16, 2009) (No. 09-600).

Accordingly, we deny the petition for review.

_____